# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

**WALGREEN COMPANY,**
Plaintiff,

                CASE NUMBER: 1:10-cv-1334-JDB-egb

v.

**GS LIGHTING SERVICE, INC.** and
**DEPOSITORS INSURANCE COMPANY,**
Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 1/4/2012, this case is hereby REMANDED to the state court .

**APPROVED:**

                                          **s/J. Daniel Breen**
                                      **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**